# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2356

_____

United States of America,

*Plaintiff - Appellee,*

v.

Ray Reed,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 10, 2015
Filed: February 10, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Ray Reed appeals the district court's[1] order modifying his supervised-release conditions by adding a restriction that he not be self-employed as a tax preparer while

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

on supervised release.  Upon careful review, we find no abuse of discretion.  *See United States v. Davies*, 380 F.3d 329, 332 (8th Cir. 2004) (standard of review). Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____